**Appeal reinstated, Appeal dismissed, and Memorandum Opinion filed May 9, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00731-CR

---

### RAMADAN EL-AMIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1654859**

---

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant of indecency with a child. On October 6, 2022, the trial court sentenced appellant to confinement for eight years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal that same day.

On February 16, 2023, this court abated this appeal and ordered a hearing to determine why appellant's counsel had not filed a brief in this appeal. On March 17,

2023, the trial court conducted the hearing, the record of the hearing was filed in this court on March 17, 2023, and a supplemental clerk's record associated with the hearing was filed in this court on March 27, 2023.

At the hearing, appellant, together with his counsel, confirmed that he had discussed the issues with counsel and determined that appellant no longer wished to pursue his appeal.

Appellant has not filed a written motion to withdraw the appeal or a written motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). However, based upon the testimony at the hearing that appellant does not want to continue his appeal, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case. *See* Tex. R. App. P. 2.

Accordingly, we reinstate the appeal and dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).